373 A.2d 455
COMMONWEALTH of Pennsylvania
v.
Israel SANTIAGO, Appellant (two cases).
Supreme Court of Pennsylvania.
Argued April 19, 1977.
Decided June 3, 1977.

Neil E. Jokelson, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Gaele Barthold, Asst. Dist. Attys., for appellee.

Before EAGEN, C. J., and O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of sentence vacated and case remanded for evidentiary hearing on the question of ineffective assistance of trial counsel. See, e. g., *Commonwealth v. Hubbard,* 472 Pa. 259, 372 A.2d 687 (1977).

ROBERTS, J., did not participate in the consideration or decision of this case.